THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELBIN MARTINEZ, Appellant.

Submitted June 24, 2013; decided September 3, 2013

Motion to strike page 520 of appellant's appendix and references thereto in appellant's brief granted.